UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JANOS ROPER,

    Plaintiff,

v.

CITY OF CINCINNATI FIRE DEPARTMENT,

    Defendant.

Case No. 1:22-cv-652

McFarland, J.
Bowman, M.J.

**ORDER**

    United States District Judge Matthew W. McFarland recently referred a limited discovery dispute in this case to the undersigned magistrate judge. Pursuant to local practice, the parties had initially contacted the Court for an informal hearing before Judge McFarland. As directed, the parties submitted informal emails to the Court that summarize their dispute. Upon referral of the dispute, all relevant emails relating to the parties' dispute have been forwarded to and reviewed by the undersigned.[1]

    Consistent with the practice of Judge McFarland, the undersigned ordinarily would set this matter for an informal telephonic conference within two weeks – a practice that conserves judicial economy and provides swift resolution. But in this case, judicial and attorney schedules frustrate that intention. In order to provide an expedient resolution of

---

[1] The dispute concerns the relevant time frame and other details pertaining to the production of Plaintiff's medical records. Relevant emails include a December 20, 2023 email from Assistant City Solicitor Katey Baron to the Court, a responsive email dated December 27, 2023 from Attorney Sam Long, and several related emails between counsel dated February 20 and February 21, 2024.

1

what appears to be a narrow dispute, the Court will instead order expedited briefing and will rule on the briefs without further argument. Accordingly, **IT IS ORDERED**:

1. Both parties shall file simultaneous briefs, not to exceed five pages in length, with no attachments permitted, in support of/opposition to Defendant's construed request to compel Plaintiff to produce all medical records previously requested by the City;

2. The parties' primary briefs shall be filed on or before **5 p.m. on March 4, 2024**, with any responsive briefs (not to exceed four pages) to be filed not later than **5 p.m. on Thursday, March 7, 2024**.  Beyond those authorized by this Order, no additional briefs are to be filed.

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge