## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JANOS ROPER, | : | Case No. 1:22-cv-652 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| CITY OF CINCINNATI FIRE | : | |
| DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X    Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

1. Defendant's Motion for Summary Judgment (Doc. 49) is GRANTED;
2. Summary judgment is ENTERED in favor of Defendant on all of Plaintiff's remaining claims;
3. This case is TERMINATED from the Court's docket.

Dated: July 31, 2025.                    Richard W. Nagel, Clerk of Court
                                         By: */s/ Kellie A. Fields*
                                               Deputy Clerk